<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

**No. 02-7789**

———————

DONNA MARIE ZAHID,

　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　　versus

PATRICIA HUFFMAN; D. PARRISH,

　　　　　　　　　　　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-2-1035-7)

———————

Submitted:  February 6, 2003　　　Decided:  February 12, 2003

———————

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donna Marie Zahid, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donna Marie Zahid appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Zahid v. Huffman, No. CA-2-1035-7 (W.D. Va. Nov. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED